WALTER B. KEIFFER and Others, Respondents, v. HARMAND TEPLOW, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

DORIS ENDOR, Appellant, v. CHICK ENDOR, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

CATHERINE McCORMACK, Respondent, v. WILLIAM WILLOCK, JR., Appellant.— Order reversed, with ten dollars costs and disbursements. and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

ERIT REALTY CORPORATION, Respondent, v. SEA GATE ASSOCIATION, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted to the extent of compelling plaintiff to reply to the second, fourth and fifth affirmative defenses in the answer. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

JOSE H. SCHOLTZ and Another, Respondents, v. THE EQUITABLE TRUST COMPANY OF NEW YORK, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

LONDON GUARANTEE AND ACCIDENT COMPANY, LIMITED. Respondent, v. DANIEL REEVES, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

MORRIS J. KANDEL, Respondent, v. P. G. HOUSING, INC., and Others, Defendants, Impleaded with EDWARD BARONDESS and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

ARTHUR A. SEIDMAN, Respondent, v. ATLAS FINISHING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

SAMUEL ULLMAN and Others, as Executors, etc., of MORRIS GARFINKEL, Deceased, and Others, Respondents, v. THE BANK OF UNITED STATES, Appellant, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

COHEN BROS. MFG. Co., INC., Appellant, v. AMERICAN BEMBERG CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.